FRANK J. DEEGAN, Respondent, *v.* FRANK HUNGERFORD, Appellant.

(Argued March 23, 1932; decided April 26, 1932.)

*J. Stanley Carter* for appellant.
*Frank L. Wiswall* and *Carl O. Olson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, HUBBS and CROUCH, JJ. Dissenting: O'BRIEN, J. Not sitting: KELLOGG, J.